# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:09cr41-RH

BETTIE JEAN THOMAS

    Defendant.

_____/

## ORDER REVOKING RELEASE

As announced on the record of the hearing on May 13, 2010, the defendant Bettie Jean Thomas's pretrial release is revoked effective June 16, 2010. The defendant must report to the United States Marshal by 2:00 p.m., June 16, 2010.

SO ORDERED on June 16, 2010, nunc pro tunc May 13, 2010.

                                                s/Robert L. Hinkle
                                              United States District Judge